UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ROBERT PEERNOCK,

            Plaintiff.

No. C 14-2617 NC (PR)

**ORDER OF DISMISSAL**

/

      On May 30, 2014, Robert Peernock, a California state prisoner, wrote a letter to the Honorable Thelton E. Henderson complaining of the medical care at California prisons.  On June 6, 2014, the Clerk filed the letter as a new action and assigned it to the undersigned. The Clerk also advised Peernock that the action was deficient because Peernock did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Peernock was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      Peernock has responded by explaining that the document he submitted was not intended as a new action, but as a letter to the three judge panel in Plata v Schwarzenegger, No C 01-1351 TEH (PR).  Good cause appearing, this action is DISMISSED as improvidently opened.

      The Clerk is directed to forward a copy of Peernock's May 30, 2014 letter (Dkt. No. 1), and this Order to Judge Thelton Henderson via his courtroom deputy.  No filing fee is due.  The Clerk is further directed to close the file.

      IT IS SO ORDERED.

DATED:  June 24, 2014

NATHANAEL M. COUSINS
United States Magistrate